## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE RENFREW CENTERS, INC., | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-3211 |
| UNI/CARE SYSTEMS, INC., | : | |
| Defendant. | : | |

## <u>ORDER</u>

**AND NOW**, this 17th day of January 2013, it is **ORDERED** that Defendant's Motion to Dismiss Complaint and Compel Arbitration (ECF No. 5) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:	Copies **MAILED** on _____ to: